Commonwealth *v.* Simmons, Appellant.

Argued September 10, 1973. *John D. Bartle,* Assistant Defender, with him *John W. Packel, Assistant* Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Maxine Stotland,* Assistant District Attorney, with her *Milton M. Stein,* and *James T. Ranney,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Singleton, Appellant.

Argued September 13, 1973. *James M. Potter,* for appellant; *Grant E. Wesner,* Deputy District Attorney, with him *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.